# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**ISAAC ROBINSON, SR.**

        **Petitioner,**

        **V.**        **CASE NUMBER: 9:02-CV-0357**

**JOHN BURGE,**

        **Respondent.**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of the Respondent pursuant to the Order by District Judge Norman A. Mordue, filed April 6, 2005.

April 6, 2005                                                                   *LAWRENCE K. BAERMAN*
_____        _____
DATE                                                                                 CLERK

                                                                                   _/s/ Tanya L. Perry_____
                                                                                    (BY) DEPUTY CLERK

Entered on Docket 4/6/05